AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jonathan Dennis Carter, <br> *Petitioner* <br> v. <br> Warden, Broad River Correctional Institution, <br> *Respondent* | ) <br> ) <br> )   Civil Action No.   0:14-cv-01977-RBH <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ other:  The petitioner, Jonathan Dennis Carter, shall take nothing of the respondent as to the petition filed pursuant to 28 U.S.C. §2254 and this action is dismissed as moot.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, dismissing the petition as moot.


Date:  March 5, 2015                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker
                                                                          _____
                                                                          *Signature of Clerk or Deputy Clerk*